IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 10-40110-01-RDR |
| ) | |
| STEVEN ALLEN CONTEE, ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

**NOW ON THIS** 7th day of February, 2011, the above-entitled matter comes before the Court upon the defendant's Motion for Disclosure of 404(b) Evidence (*Doc. 19*), Motion to Disclose Expert Testimony (*Doc. 20*), and Motion for Notice of Co-Conspirator Hearsay Evidence (*Doc. 22*). The government appears by Randy Hendershot, Assistant United States Attorney. The defendant appears by counsel, Melody Evans, Assistant Federal Public Defender for the District of Kansas.

WHEREFORE, the government informs the Court as follows:

1. With regard to defendant's Motion to Disclose Expert Testimony, the government recognizes its obligations under Rule 16 and agrees to provide defendant with the information required under that rule within fifteen (15) days of trial.

2. With regard to defendant's Motion for Disclosure of 404(b) Evidence, the government states that if it learns of such evidence, defendant's counsel will be informed of any such convictions at the earliest opportunity and before attempting to introduce such evidence.

3. With regard to defendant's Motion for Notice of Co-Conspirator Hearsay Evidence, the government states that if it intends to offer any statements made by the co-defendant, Patrick Tracy, they will timely provide notice.

**THEREFORE,** the Court finds that the parties have resolved these discovery motions between themselves, and the motions are now moot.

**IT IS SO ORDERED**.

                              s/Richard D. Rogers
                              United States District Judge

Approved:

s/Randy Hendershot
Assistant United States Attorney
444 SE Quincy    Room 290
Topeka KS 66683
785/295-2850
Email: Randy.Hendershot@usdoj.gov


s/ Melody Evans
Assistant Federal Public Defender
424 South Kansas Ave      Room 205
Topeka KS 66603-3439
785/232-9828
Email: melody_evans@fd.org
Attorney for Defendant