IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,          )
                                   )
                  Plaintiff,       )   Case Number: 10-40110-01-RDR
       vs.                         )
                                   )
STEVEN ALLEN CONTEE,               )
                  Defendant.       )
_____)

## **ORDER TO CONTINUE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's Motion for Continuance is **GRANTED**. Accordingly, Defendant is granted a continuance to August 2, 2011 at 9:30 a.m. for a trial.

IT IS FURTHER ORDERED that the extension of time caused by this continuance be deemed excusable delay under the Speedy Trial Act 18 U.S.C. § 3161 et. seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant to a speedy trial, 18 U.S.C. § 3161 (h) (8) (A), since, for the reasons stated in Defendant's motion, the failure to grant such a continuance would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7).

                                    s/Richard D. Rogers
                                    United States District Judge